[DO NOT PUBLISH]

In the

# United States Court of Appeals

## For the Eleventh Circuit

_____

No. 23-13961

Non-Argument Calendar

_____

KENNETH JOHNSON,
JACQUELYN JOHNSON,

Plaintiffs-Appellants,

*versus*

GEORGIA BUREAU OF INVESTIGATION,
LOWNDES COUNTY SHERIFF'S OFFICE,

Defendants-Appellees.

_____

Appeal from the United States District Court
for the Northern District of Georgia

2                    Opinion of the Court                    23-13961

D.C. Docket No. 1:23-cv-04218-LMM

_____

Before ROSENBAUM, LUCK, and BRASHER, Circuit Judges.

PER CURIAM:

This appeal is DISMISSED, *sua sponte*, for lack of jurisdiction.  Kenneth and Jacquelyn Johnson, proceeding *pro se*, appeal from the district court's order denying their motion for default judgment against the Georgia Bureau of Investigation and the Lowndes County Sheriff's Office.  However, because the order is not final or otherwise appealable, we lack jurisdiction to review it.  *See* 28 U.S.C. § 1291; *CSX Transp., Inc. v. City of Garden City*, 235 F.3d 1325, 1327 (11th Cir. 2000); *World Fuel Corp. v. Geithner*, 568 F.3d 1345, 1348 (11th Cir. 2009); *Mass. Cas. Ins. Co. v. Forman*, 469 F.2d 259, 260 n.1 (5th Cir. 1972) (explaining that the denial of a motion for default judgment is not a final, appealable order).

No petition for rehearing may be filed unless it complies with the timing and other requirements of 11th Cir. R. 40-3 and all other applicable rules.